UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE
APPLICATION OF

ERIC S. MERRIFIELD

TO BE ADMITTED TO THE UNITED
STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

MOTION
Case No. 1:19-cv-01029 (DNH/CFH)

---

Re:   State of New York et al v. United States Environmental Protection Agency et al
Case No. 1:19-cv-01029 (DNH/CFH)
Assigned to: Judge David N. Hurd
Magistrate Judge Christian F. Hummel

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Dean Sommer, move *pro hac vice* admission of Eric S. Merrifield, Esq. to appear in the above-captioned proceeding as counsel defendant General Electric Company., in this litigation only. The applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of New York, for this case only.

SIGNED this 20 day of September, 2019.

Respectfully submitted,

Dean Sommer, Esq. (DS2453)
Young/Sommer LLC
Executive Woods
5 Palisades Drive
Albany, New York 12205
Tel. (518) 438-9907
Facsimile: (518) 438-9914
Dsommer@youngsommer.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

Eric S. Merrifield

PETITION FOR
ADMISSION TO PRACTICE

I, Eric S. Merrifield, being sworn, depose and say:

1. That I reside at PO Box 2049, Poulsbo, WA 98370 and my office address is PO Box 2049, Poulsbo, WA 98370.

2. That I was admitted to practice in the courts of the State of Washington on 11/2002, by the State Supreme Court.

3. That I graduated from University of Pennsylvania Law School on 05/2002 after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| Washington Supreme Court | November 2002 |
| Western District of Washington | December 2002 |
| Eastern District of Washington | December 2004 |
| 9th Circuit Court of Appeals | July 2003 |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that Petitioner,

Eric S. Merrifield, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 20th day of September, 2019.

PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : Eric Merrifield

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF      Albany

Dean S. Sommer, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Young/Sommer LLC, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: DS2453.

2. I make this Declaration in support of the admission of Eric S. Merrifield.

3. I have known Eric S. Merrifield since 2009, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 20th, day of September, 2019.

*[signature]*
SPONSOR

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018

**CERTIFICATE OF GOOD STANDING**

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 32949 |
| OF | ) ) | **CERTIFICATE** |
| ERIC S. MERRIFIELD | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ERIC S. MERRIFIELD**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 13, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of July, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>)<br>ERIC S. MERRIFIELD, ESQ.                                  )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES   )<br>DISTRICT COURT FOR THE NORTHERN        )<br>DISTRICT OF NEW YORK                   )<br>_____ ) | **ORDER**<br><br>Case No. 1:19-cv-01029 (DNH/CFH) |

    Upon fulfilling the requirements set forth in Local Rule 83.1 of the North District of New York, Eric S. Merrifield, Esq. is hereby accepted for

    ☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

    X Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:

    State of New York et al v. United States Environmental Protection Agency et al
    Case No. 1:19-cv-01029 (DNH/CFH)
    Assigned to: Judge David N. Hurd
    Magistrate Judge Christian F. Hummel

IT IS SO ORDERED

Dated: September ____, 2019                                                _____

                                                                                       ☐ U.S. District Judge

                                                                                       ☐ U.S. Magistrate Judge

# United States District Court
## Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: **Eric**  **S**  **Merrifield**  ○ Sr.  ○ Jr.
   First         Middle         Last                      ○ II    ○ III

○ **STANDARD ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in  1:19-cv-01029 (DNH/CFH)
Applicant required to file a Pro Hac Vice access request in PACER.  (case number)

Email address  eric.merrifield@ge.com

○ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
  ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
  ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on   /   /   in        , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

## Oath on Admission

I, Eric S. Merrifield, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: 9 / 20 / 2019

*Attorney Signature*