

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK ET AL.,

                              Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY ET AL.,

                              Defendants.

**SO-ORDERED STIPULATION
GRANTING UNOPPOSED MOTION
OF GENERAL ELECTRIC COMPANY
TO INTERVENE AS DEFENDANT**

Civil Action No. 1:19-cv-01029-DNH-CFH

---

WHEREAS, on September 23, 2019, General Electric Company ("General Electric") moved for an Order granting General Electric intervention as of right as a defendant in this action pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure ("FRCP") or, alternatively, permissive intervention as a defendant pursuant to FRCP 24(b)(1)(B);

WHEREAS, no person or party served papers in opposition to General Electric's Motion to Intervene;

WHEREAS, on October 17, 2019 at 10:30 a.m., a hearing was held on General Electric's Motion to Intervene by the Honorable Christian F. Hummel, United States Magistrate Judge, for the Northern District of New York, at the James T. Foley United States Courthouse, 445 Broadway, Room 441, Albany, New York 12207;

WHEREAS, at the October 17, 2019 hearing, counsel for Plaintiffs State of New York, The New York State Department of Environmental Conservation ("NYSDEC"), and Basil Seggos, as Commissioner of NYSDEC (collectively "Plaintiffs"), represented to the Court that Plaintiffs do not oppose General Electric's motion to intervene; and

WHEREAS, at the October 17, 2019 hearing, counsel for Defendants United States Environmental Protection Agency ("EPA") and Andrew Wheeler, as Administrator of EPA (collectively "Defendants"), represented to the Court that Defendants do not oppose General Electric's motion to intervene;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND SO ORDERED THAT:

1. General Electric's motion to intervene as of right as a defendant in this action is unopposed and is hereby granted, without costs as against any party.

2. This Stipulation may be executed in counterparts, and a facsimile or electronically transmitted signature shall be deemed an original.

NEW YORK STATE ATTORNEY GENERAL – ALBANY

*/s/ Brittany Haner*                                                          Date: October 22, 2019

Brittany M. Haner
*Attorneys for Plaintiffs*
*State of New York,*
*The New York State Department of Environmental Conservation and*
*Basil Seggos*
The Capitol
Albany, NY 12224
518-776-2389
brittany.haner@ag.ny.gov


NEW YORK STATE DEPT OF LAW - ENVIRONMENTAL PROTECTION BUREAU

*/s/ James C. Woods*                                                        Date: October ___, 2019

James C. Woods
*Attorneys for Plaintiffs*
*State of New York,*
*The New York State Department of Environmental Conservation and*
*Basil Seggos*
The Capitol
Albany, NY 12224
518-474-8481
518-473-2534 (fax)
Jamie.Woods@ag.ny.gov


U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF NEW YORK

*/s/ John D. Hoggan, Jr.*                                                  Date: October 21, 2019

John D. Hoggan, Jr.
*Attorneys for Defendants*
*United States Environmental Protection Agency and*
*Andrew R. Wheeler*
445 Broadway, Room 218
James T. Foley Courthouse
Albany, NY 12207-2924
518-431-0247
518-431-0386 (fax)
john.hoggan@usdoj.gov

ATTORNEYS FOR INTERVENOR-DEFENDANT GENERAL ELECTRIC COMPANY

YOUNG/SOMMER LLC

_____  Date: October 21, 2019
Dean S. Sommer
Kristin Carter Rowe
Five Palisades Drive
Albany, NY 12205
518-438-9907
518-438-9914 (fax)
dsommer@youngsommer.com
krowe@youngsommer.com

SIDLEY AUSTIN, LLP                Date: October 21, 2019
James R. Bieke
Peter D. Keisler
Timothy K. Webster
1501 K Street, N.W.
Washington, DC 20005
202-736-8848
jbieke@sidley.com
pkeisler@sidley.com
twebster@sidley.com

Samuel Gutter                     Date: October 21, 2019
10 Cape Codder Road, Apt E
Falmouth, MA 02540
301-938-3701
sgutter@outlook.com

SO ORDERED this 22 day of October, 2019:

_____
Hon. Christian F. Hummel, U.S. Magistrate Judge