IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| | ) |
| | ) Case No. 1:19-cv-01029-DNH-CFH |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. ENVIRONMENTAL | ) |
| PROTECTION AGENCY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | U.S. Environmental Protection Agency, Andrew Wheeler, EPA Administrator |
| DATE, TIME AND PLACE: | Taken on submission unless ordered by Court, per the Text Order on 10/21/19, ECF No. 37 |
| SUPPORTING PAPERS: | Memorandum of Law and Exhibits |
| RELIEF SOUGHT: | Dismissal Pursuant to Fed. R. Civ. P. 12 |
| PAPERS IN OPPOSITION: | To be filed and served on or before January 21, 2020 per the Text Order on 10/21/19 |
| REPLY PAPERS: | To be filed and served on or before February 21, 2020 per the Text Order on 10/21/19 |

Dated: November 20, 2019

<div style="margin-left: 40%;">

JONATHAN D. BRIGHTBILL
*Principal Deputy Assistant Attorney General*
By: */s/ Meghan E. Greenfield*
Meghan E. Greenfield
Bar Roll No. 701350
Sarah Buckley
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7411
Washington, D.C. 20044
(202) 514-2795
Meghan.Greenfield@usdoj.gov

GRANT C. JAQUITH
United States Attorney
Northern District of New York
JOHN D. HOGGAN, JR.
Assistant United States Attorney
Bar Roll No. 511254
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Telephone: (518) 431-0247
Facsimile: (518) 431-0249

</div>

## CERTIFICATE OF SERVICE

I hereby certify that November 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF Electronic Filing system.

<div align="right">

/s/ *Meghan E. Greenfield*
Meghan E. Greenfield

</div>