

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

December 11, 2019

Honorable Christian F. Hummel
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *New York v. USEPA*
      No. 1:19-CV-010129

Dear Judge Hummel:

    With the consent of the parties, the State requests an additional 30 days to respond to the defendants' motions to dismiss, now due on January 21, 2019. The State's motion response would now be due upon February 20, 2020. Because of previous longstanding scheduling commitments, the defendants have requested that the reply to the State's responses be due on April 6, 2020. The State has not objection to that date. Accordingly, we have enclosed a proposed Order for your review and approval.

    Thank you for your consideration in this matter.

Sincerely,

*/s/ James C. Woods*

James C. Woods
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, New York 12224
518-776-2418

Encls.