

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

June 4, 2020

Honorable David N. Hurd
U.S. District Court Judge
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
Utica, N.Y. 13501

Re:   *State of New York v. U.S. EPA*
      Index No.: 1:19-CV-01029

Dear Judge Hurd:

On June 2, 2020, this Office contacted the Clerk Philip McBreaty inquiring about the logistics for oral argument in this matter, which is presently scheduled for June 15, 2020 in Utica, New York.  We understand from the Court that the parties' motions will be decided upon submission and oral argument will not be heard.  It is also our understanding that Court may decide, after further review of the papers, that argument may ultimately be required.  In that event, the Court would schedule argument for later this summer on a date selected by the Court, which would be conducted via phone or video-conference.

Sincerely,

James C. Woods
Assistant Attorney General
Jamie.Woods@ag.ny.gov
Tel: (518) 776-2418
Fax: (518) 650-9363

cc: Sarah Buckley
    sarah.buckley@usdoj.gov
    Meghan Greenfield
    Kristin Carter Rowe
    krowe@youngsommer.com

THE CAPITOL, ALBANY, N.Y. 12224-0341 ● PHONE (518) 776-2400 ● FAX (518) 650-9363 ● WWW.AG.NY.GOV