

ATTORNEYS AT LAW

EXECUTIVE WOODS, FIVE PALISADES DRIVE, ALBANY, NY 12205
Phone: 518-438-9907 • Fax: 518-438-9914

www.youngsommer.com

Kristin Carter Rowe, Esq.
Telephone Extension: 239
krowe@youngsommer.com

June 11, 2020

<u>Via ECF</u>
Hon. David N. Hurd
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:    *State of New York, et al. v. U.S. Environmental Protection Agency, et al.*
               *Case No.: 1:19-cv-01029-DNH-CFH*

Dear Hon. David N. Hurd:

      On behalf of Defendant-Intervenor General Electric Company, we write to advise the Court that GE will not be submitting any papers in connection with the State of New York's Motion to Supplement the Administrative Record (Dkt. 91). This letter is being filed in light of the Court's Text Order directing that responses to the motion be filed by noon on June 11, 2020 (Dkt. 94).

                                   Respectfully submitted,

                                     */s/ Kristin C. Rowe*
                                     Kristin C. Rowe, Esq.

Cc:    All Attorneys of Record (*Via ECF*)